IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GREGORY MARWEDE, MARCIA MARWEDE,

    Plaintiffs,

v.                                        CASE NO. 1:09-cv-00143-MP-AK

MASSACHUSETTS BAY INSURANCE COMPANY,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on First Motion for Extension of Time to Complete Discovery and Trial Date by Gregory Marwede, Doc. 23. Plaintiff recites that Defendant has been contacted, and does not oppose the requested 60-day extension of the discovery cutoff and trial term. The extension is not requested for the purposes of delay or to prejudice any party, and it appears that it will not prejudice any party. Accordingly, it is

    **ORDERED AND ADJUDGED:**

    1.    Discovery cutoff is reset until March 30, 2010.

    2.    Trial date is reset for the first available trial docket following May 21, 2010.

    **DONE AND ORDERED** this  _21st_  day of January, 2010

                                   *s/Maurice M. Paul*
                             Maurice M. Paul, Senior District Judge