IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GREGORY MARWEDE, MARCIA MARWEDE,

    Plaintiffs,

v.                                                CASE NO. 1:09-cv-00143-MP-AK

MASSACHUSETTS BAY INSURANCE COMPANY,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Mediation Report - Settled, Doc. 26. Plaintiffs have recited that total resolution in this case has been achieved. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. This case is DISMISSED WITH PREJUDICE.

2. The Clerk is directed to close the file.

3. The Court retains jurisdiction of this case for thirty days to ensure the settlement has been effected.

**DONE AND ORDERED** this __17th__ day of February, 2010

                                        *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge